No. A–35. AMBULANCE SERVICE OF RENO, INC., DBA 911 PARAMEDICS *v.* NEVADA AMBULANCE SERVICES, INC., DBA MEDIC I, ET AL. Application for temporary restraining order and other relief, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–62. BENJAMIN *v.* COMMITTEE ON PROFESSIONAL STANDARDS. Ct. App. N. Y. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. 85–2079. LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA ET AL. *v.* ADVANCED LIGHTWEIGHT CONCRETE CO., INC. C. A. 9th Cir. [Certiorari granted, 479 U. S. 1083.] Motions of Chamber of Commerce of the United States and Associated General Contractors of America, Inc., for leave to file briefs as *amici curiae* granted.

No. 86–492. BOYLE, PERSONAL REPRESENTATIVE OF THE HEIRS AND ESTATE OF BOYLE *v.* UNITED TECHNOLOGIES CORP. C. A. 4th Cir. [Certiorari granted, 479 U. S. 1029.] Motion of Chamber of Commerce of the United States for leave to file a supplemental brief *amicus curiae* granted.

No. 86–761. FORRESTER *v.* WHITE. C. A. 7th Cir. [Certiorari granted, 479 U. S. 1083.] Motion of Illinois Judges Association for leave to file a brief as *amicus curiae* granted.

No. 86–935. REGENTS OF THE UNIVERSITY OF CALIFORNIA *v.* PUBLIC EMPLOYMENT RELATIONS BOARD ET AL. Ct. App. Cal., 1st App. Dist. [Probable jurisdiction noted, *ante,* p. 1004.] Motion of appellant to dispense with printing the joint appendix granted.

No. 86–1415. MARINO ET AL. *v.* ORTIZ ET AL.; and COSTELLO ET AL. *v.* NEW YORK CITY POLICE DEPARTMENT ET AL. C. A. 2d Cir. [Certiorari granted, 481 U. S. 1047 and 482 U. S. 912.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of Dov Hikind et al. for leave to file a brief as *amici curiae* granted.

No. 86–1141. VAKALIS *v.* KAGAN ET AL., *ante,* p. 1020. Petition for rehearing denied.